# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 22, 2013

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**FILED**
*Oct 24, 2013*
DEBORAH S. HUNT, Clerk

Re: Joseph Whiting
v. United States
No. 13-7021
(Your No. 11-1349)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 17, 2013 and placed on the docket October 22, 2013 as No. 13-7021.

Sincerely,

**Scott S. Harris**, Clerk

by

Erik Fossum
Case Analyst