UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                    Case No. 2:06−cr−20465−NGE−MKM
                                    Hon. Nancy G. Edmunds

Joseph Whiting, et al.,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Joseph Whiting

The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 858, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: October 29, 2015 at 02:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/C Bethel
                                                      Case Manager

Dated: August 27, 2015