UNITED STATES DISTRICT COURT
EASTERN DISTRICTOF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,        Case No 2:06-cr-20465-NGE-MKM

-v-

JOSEPH WHITING

        Defendant.
_____/

## APPEARANCE OF COUNSEL

To:    The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in the case as counsel for **JOSEPH WHITING.**

                                  s/Alvin C. Sallen
                                  ALVIN C. SALLEN P23797
                                  Attorney for Plaintiff
                                  30100 Telegraph Rd. Suite 360
                                  Bingham Farms, MI 48025
                                  (248) 646-4686
                                  asallenlaw@gmail.com

DATED: September 9, 2015

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of his *Appearance of Counsel as to Joseph Whiting* and this *Certificate of Service* were electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record listed herein.

And I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

None.

s/Alvin C. Sallen
ALVIN C. SALLEN P23797
Attorney for Plaintiff
30100 Telegraph Rd, Ste 360
Bingham Farms, MI 48025
(248) 646-4686
asallenlaw@gmail.com

2