4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
SEP 08 2015
CLERK'S OFFICE
DETROIT

JOSEPH WHITING,
        Petitioner,

vs.                                  Case No. 06-20465

UNITED STATES OF AMERICA,
        Respondent

---

**DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE
TO THE AMENDED MOTION PURSUANT TO 28 U.S.C. §2255 TO VACATE,
SET ASIDE, OR CORRECT SENTENCE**

---

      Now Comes, Joseph Whiting, petitioner and pro se, and respectfully submits the following information pursuant to 28 U.S.C. §2255:

### ARGUMENT

      In **United States v. Nagi**, 541 Fed. Appx 556 (6th Cir. 2013), which is the case at hand, the Sixth Circuit held that teh statutory maximum for a violation of the Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. §1962 et seq., is twenty years unless the violation is based on a racketeering activity for which the maximum penalty includes life imprisonment, 18 U.S.C. §1963(a). The petitioner's sentences were based on 18 U.S.C. §1959(a)(1)

which carries Life. The fact that the government has agreed that this was an error changes not only the sentence on Count (13) in which the maximum was ten years, but also Count (1), Count (2), and Count (13) also becomes a violation of **Apprendi** because Count (1) and (2) have a twenty year statutory maximum in which the petitioner was sentenced above the maximum on those counts. Then Count (13) has a statutory maximum of ten years. The government was correct in **part** in that Count (13) has a ten year statutory maximum, but the misapplied prong of 18 U.S.C. §1959 didn't only affect Count (13) but based on the misapplication of a Life sentence of 18 U.S.C. §1959(a)(1), the Court enhanced Counts (1), (2), and (13) above their statutory maximum in violation of **Apprendi**. The petitioner should be resentenced on **all** counts.

## CONCLUSION

Based on teh foregoing, and the government's response, the petitioner pray that this Honorable Court resentenced the petitioner on all counts.

Date: 09 / 02 /2015

Respectfully Submitted,

*/s/ Joseph Whiting*

JOSEPH WHITING
#43515-039
F.C.I.-MEMPHIS
P.O. BOX 34550
MEMPHIS, TN 38134

## CERTIFICATE OF SERVICE

I, Joseph Whiting, certify that on 09/02/2015, I mailed a copy of the Reply motion via first class mail prepaid to the following:

>     CHRISTOPHER GRAVELINE
>     ASSISTANT U.S. ATTORNEY
>     211 WEST FORT STREET
>     DETROIT, MICHIGAN 48226

I, Joseph Whiting, certify under the penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

Date: 09/02/2015

Respectfully Submitted,

*Joseph Whiting*

JOSEPH WHITING
#43515-039
F.C.I.-MEMPHIS
P.O. BOX 34550
MEMPHIS, TN 38134

3

43515-039
Joseph Whiting
PO BOX 34550
Bartlett, TN 38184-0550
United States

43515-039
Office Of The Clerk
United States Court House
231 W Lafayette BLVD
Detroit, MI 48226
United States

9/2/15