3

United States District Court for the Eastern
District of Michigan

United States of America
_____
_____
                                                        Plaintiff,


vs.                                                     CASE NO. 06-20465


Joseph Whiting
_____
_____                       F I L E D
                                        Defendant.      SEP 25 2015
                                                        CLERK'S OFFICE
                                                        U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is hereby given that __Joseph Whiting__, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the 6th Circuit from Order Granting in Part and
                                                                (the final judgment) (from an

Denying in Part Amended 2255 entered in this action on the __27th__ day of
order (describing it))

August, 2015.

(s) Joseph Whiting
Address: F.C.I. - Memphis
P.O. Box 34550
Memphis, TN 38134

Attorney for __N/A__

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3  9/14/2015
1/99




9/18/15