UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                          Case No. 2:06−cr−20465−NGE−MKM
                                                      Hon. Nancy G. Edmunds

Joseph Whiting,

                    Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202−3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on September 28, 2015.

                                                        DAVID J. WEAVER, CLERK OF COURT

                                                        By: <u>s/ D. Peruski</u>
                                                             Deputy Clerk

Dated:   September 28, 2015